UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BETTER MARKETS, INC.,<br><br>       Plaintiff,<br><br>          v.<br><br>UNITED STATES<br>DEPARTMENT OF JUSTICE, *et al.*<br><br>       Defendants. | Civil Action No. 14-190 (BAH) |

## ORDER

Upon consideration of the defendants' Motion to Dismiss, ECF No. 12, the related legal memoranda in support and in opposition, the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that, because the Court lacks subject matter jurisdiction over this matter, the defendants' Motion to Dismiss is GRANTED; and it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**

Date: March 18, 2015

*This is a final and appealable Order.*

 

_____
BERYL A. HOWELL
United States District Judge